B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____Eastern___ District Of __California_____

In re _John Anthony Perata_____, Case No. _16-25607_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB, as trustee for Upland Mortgage Loan Trust A | Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 Carrington Mortgage Services, LLC
 1600 South Douglass Road
 Anaheim, CA 92806

Court Claim # (if known): 1-1
Amount of Claim: $ 373,603.62
Date Claim Filed: September 21, 2016

Phone: _800-561-4567_____
Last Four Digits of Acct #: _8201_____

Phone: _(800) 274-7025_____
Last Four Digits of Acct. #: _0301_____

Name and Address where transferee payments should be sent (if different from above):
 Carrington Mortgage Services, LLC
 P.O. Box 3730
 Anaheim, CA 92806

Phone: _800-561-4567_____
Last Four Digits of Acct #: _8201_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____	Date: March 21, 2017_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 3/27/2017, I served the within Transfer of Claim Other Than for Security and Notice of Transfer of Claim Other Than for Security on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

John Anthony Perata
1662 Judith Way
Escalon, CA 95320
Debtor

Matthew J. DeCaminada, Esquire
Scott J. Sagaria, Esquire
2033 Gateway Place, Floor 5
San Jose, CA 95110
Attorney for Debtor

Russell D. Greer
P.O. Box 3051
Modesto, CA 95353-3051
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 3/27/2017 at Woodland Hills, California.

/s/ Roger Soria

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____Eastern____ District Of __California_____

In re _John Anthony Perata_____, Case No. __16-25607_____

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No. _1-1___ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor
 Wells Fargo Bank, N.A.

Name of Transferee
 Wilmington Savings Fund Society, FSB,
 as trustee for Upland Mortgage Loan
 Trust A

Address of Alleged Transferor:
 Wells Fargo Bank, N.A.
 Default Document Processing N9286-01Y
 1000 Blue Gentian Road
 Eagan MN 55121-7700

Address of Transferee:
 Carrington Mortgage Services, LLC
 1600 South Douglass Road
 Anaheim, CA 92806

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                              **CLERK OF THE COURT**